IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERRIE WILSON,

    Plaintiff,                              No. 2:10-cv-01815 GEB KJN

    v.

HOME DEPOT U.S.A., INC., et al.,

    Defendants.                            <u>ORDER</u>

_____/

        The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: July 15, 2010

                                                        _____
                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE